IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al., ) ) ) Plaintiffs, ) ) v. ) ) HERBERT H. SLATERY, et al., ) ) Defendants. ) | NO. 3:20-cv-00501 JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is Defendants' Motion for Scheduling Order (Doc. No. 18). Through the Motion, Defendants request the Court set a briefing schedule through which they would have until July 3, 2020, in which to file a response to Plaintiffs' pending Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. No. 6). By Order entered June 24, 2020 (Doc. No.19), the Court reserved ruling on Plaintiffs' Motion until Plaintiffs file a notice indicating the challenged bill has become law.

Defendants' Motion (Doc. No. 18) is **GRANTED,** as follows: The Court will consider Defendants' response in analyzing whether to issue a temporary restraining order if the response is filed before Plaintiffs file a notice indicating the challenged bill has become law.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE