IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MEMPHIS CENTER FOR** | ) | |
| **REPRODUCTIVE HEALTH, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | NO. 3:20-cv-00501 |
| v. | ) | |
| | ) | **JUDGE CAMPBELL** |
| **HERBERT H. SLATERY, et al.,** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Scheduling Order Regarding Their Reply Brief in Support of Their Motion for Temporary Restraining Order and/or Preliminary Injunction and Motion to File an Over Length Reply (Doc. No. 29). Through the Motion, Plaintiffs request they be given until July 13, 2020, in which to file a reply brief regarding their request for a preliminary injunction, and request enlargement of the page limit for the reply brief to 10 pages or less. Plaintiffs state they do not intend for their reply to delay the Court's consideration of their request for a temporary restraining order when the challenged bill becomes law.

The Motion (Doc. No. 29) is **GRANTED.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE