IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, et al., <br><br> Defendants. | CASE NO. 3:20-00501 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## NOTICE THAT TENNESSEE HOUSE BILL 2263/SENATE BILL 2196 HAS BECOME LAW

On June 22, 2020, Plaintiffs filed a Motion for a Temporary Restraining Order and/or Preliminary Injunction ("Motion for TRO/PI"), to enjoin enforcement of two sets of bans on pre-viability abortion enacted by the Tennessee General Assembly through House Bill 2263/Senate Bill 2196 (the "Act"). Dkt. # 6. The Act takes effect immediately upon the Governor's signature. On June 24, 2019, the Court reserved its ruling on Plaintiffs' request for a temporary restraining order until Plaintiffs file a notice with the Court stating that the Act has become law. Dkt. # 19.

Per the Court's Order, Plaintiffs now file this Notice that the Act *has been signed into law*, meaning that nearly all abortions in Tennessee have been criminalized. As Plaintiffs' Memorandum of Law in Support of their Motion for TRO/PI makes clear, the Act has instantaneously eviscerated abortion care in Tennessee by forcing Plaintiffs to immediately cease providing the vast majority of the abortion care they offer. *See* Dkt. # 7. At this very moment, the Act is both harming patients already scheduled for procedures and depriving all pregnant people

of their constitutional right to abortion in Tennessee.  Plaintiffs therefore respectfully request that the Court rule on their pending request for a temporary restraining order immediately.

Dated: July 13, 2020

Respectfully submitted,

*/s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

*Attorney for Plaintiffs*

Jessica Sklarsky
Rabia Muqaddam
Francesca Cocuzza
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
Jsklarsky@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

*Attorneys for Memphis Center for Reproductive Health d/b/a Choices and Dr. Nikki Zite*

Susan Lambiase
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Fax: (212) 247-6811
susan.lambiase@ppfa.org

*Attorney for Planned Parenthood of Tennessee and North Mississippi and Dr. Kimberly Looney*

2

Andrew Beck*
Anjali Dalal*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org
adalal@aclu.org

*Attorneys for Knoxville Center for Reproductive Health and Femhealth USA, Inc., d/b/a carafem*

*Application for admission *pro hac vice* forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020 a true and correct copy of the foregoing Motion was served on counsel for all Defendants listed below, via the Court's ECF/CM system.

Alexander S. Rieger
Assistant Attorney General
Public Interest Division
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov

Charlotte Davis
Assistant Attorney General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
Charlotte.davis@ag.tn.gov

    */s/ Thomas H. Castelli*
    Thomas H. Castelli