# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al., ) ) ) | |
| Plaintiffs, ) | |
| ) | NO. 3:20-cv-00501 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| HERBERT H. SLATERY, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction (Doc. No. 6). The Court will hold a hearing on the Motion on July 24, 2020, at 10:00 a.m. Should the parties decide to submit the Motion to the Court for decision based on the filings, they shall file a notice to that effect on or before July 20, 2020, and the Court will cancel the hearing.

If either party decides to proceed with the hearing, the following shall apply. Absent extraordinary circumstances, the hearing will conclude on the date set. The parties shall file, by noon on July 21, 2020, the following: (1) witness lists; (2) exhibit lists; (3) any supplemental affidavits or declarations; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

It is so **ORDERED**.

                                                                                  _____
                                                                                  WILLIAM L. CAMPBELL, JR.
                                                                                  UNITED STATES DISTRICT JUDGE