# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HERBERT H. SLATERY III, at al., <br><br> Defendants. | CASE NO. 3:20-cv-00501 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## PARTIES' JOINT NOTIFICATION REGARDING PRELIMINARY INJUNCTION HEARING

On July 14, 2020, this Court scheduled a hearing on Plaintiffs' Motion for Preliminary Injunction for July 24, 2020, at 10:00 am and directed the parties to notify the Court on or before July 20, 2020 if the parties chose to submit the Motion to the Court for decision based on the filings alone. . Dkt. # 37.

The parties have conferred and have jointly agreed to submit the Motion to the Court based on the filings alone without a hearing.

Dated: July 17, 2020

                                                                            Respectfully submitted,

                                                                            */s/ Thomas H. Castelli* <br>
                                                                            Thomas H. Castelli (No. 24849) <br>
                                                                            American Civil Liberties Union <br>
                                                                            Foundation of Tennessee <br>
                                                                            P.O. Box 12160 <br>
                                                                            Nashville, TN 37212 <br>
                                                                            Tel: (615) 320-7142 <br>
                                                                            tcastelli@aclu-tn.org

                                                                            *Attorney for Plaintiffs*

Jessica Sklarsky*
Rabia Muqaddam*
Francesca Cocuzza*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
Jsklarsky@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

*Attorneys for Memphis Center for Reproductive Health d/b/a Choices and Dr. Nikki Zite*

Susan Lambiase*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Fax: (212) 247-6811
susan.lambiase@ppfa.org

*Attorney for Planned Parenthood of Tennessee and North Mississippi and Dr. Kimberly Looney*

Anjali Dalal*
Andrew Beck*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org
adalal@aclu.org

*Attorneys for Knoxville Center for Reproductive Health and Femhealth USA, Inc., d/b/a carafem*

*Admitted *pro hac vice.*

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020 a true and correct copy of the foregoing Motion was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

    Alexander S. Rieger
    Assistant Attorney General
    Public Interest Division
    Office of the Attorney General and Reporter
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    Alex.rieger@ag.tn.gov

    Charlotte Davis
    Assistant Attorney General
    Office of the Attorney General and Reporter
    P.O. Box 20207
    Nashville, TN 37202
    Charlotte.davis@ag.tn.gov

                                                      */s/ Thomas H. Castelli*
                                                      Thomas H. Castelli