IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR ) | |
| REPRODUCTIVE HEALTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:20-cv-00501 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| HERBERT H. SLATERY, et al., ) | MAGISTRATE JUDGE FRENSLEY |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Parties' Joint Notification Regarding Preliminary Injunction Hearing (Doc. No. 39). Through the filing, the parties state they have jointly agreed to submit the Plaintiffs' Motion for Preliminary Injunction to the Court based on the filings. Accordingly, the preliminary injunction hearing set for July 24, 2020 is **CANCELLED.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE