**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 24, 2020

Mr. Thomas Hauser Castelli
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

Ms. Charlotte M. Davis
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Alexander Stuart Rieger
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Re: Case No. 20-5969, *Memphis Ctr for Repro Health, et al v. Herbert Slatery, III, et al*
Originating Case No. : 3:20-cv-00501

Dear Counsel,

This appeal has been docketed as case number **20-5969** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 8, 2020**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                              |
|------------|--------------------------------------------------------------|
|            | Appearance of Counsel                                        |
| Appellant: | Civil Appeal Statement of Parties & Issues                   |
|            | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |
|            |                                                              |
|            | Appearance of Counsel                                        |
| Appellee:  | Disclosure of Corporate Affiliations                         |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 20-5969**

MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, on behalf of itself, its physicians and staff, and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; FEMHEALTH USA, INC., on behalf of itself, its physicians and staff, and its patients, dba Carafem; DR. KIMBERLY LOONEY, on behalf of herself and her patients; DR. NIKKI ZITE, on behalf of herself and her patients

       Plaintiffs - Appellees

v.

HERBERT H. SLATERY, III, Attorney General of Tennessee, in his official capacity; LISA PIERCEY, M.D., Commissioner of the Tennessee Department of Health, in her official capacity; RENE SAUNDERS, M.D., Chair of the Board for Licensing Health Care Facilities, in her official capacity; W. REEVES JOHNSON, JR., M.D., President of the Tennessee Board of Medical Examiners, in his official capacity; HONORABLE AMY P. WEIRICH, District Attorney General of Shelby County, Tennessee, in her official capacity; GLENN R. FUNK, District Attorney General of Davidson County, Tennessee, in his official capacity; CHARME P. ALLEN, District Attorney General of Knox County, Tennessee, in her official capacity; TOM P. THOMPSON, JR., District Attorney General for Wilson County, Tennessee, in his official capacity

       Defendants - Appellants