IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | CASE NO. 3:20-cv-00501 |
| HERBERT H. SLATERY III, et al., | JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |
| Defendants. | |

## SECOND JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs and Defendants (jointly, the "Parties") hereby move the Court to continue for 30 days the initial case management conference presently set for October 1, 2020, with the Parties' joint proposed case management order due on September 28, 2020. Dkt. No. 45.

As grounds for a continuance, the Parties state that Defendants have appealed the July 24, 2020 Order granting Plaintiffs' Motion for a Preliminary Injunction, Dkt. No. 46, and Defendants' filed a Motion for a Stay Pending Appeal, which remains pending, Dkt. No. 47. In light of these developments, and in service of judicial economy, the Parties submit that a continuance of 30 days will allow the Parties to more fully consider their positions on a schedule for discovery and dispositive motions for a case management order, which may be affected by the resolution of the Motion to Stay. The Parties believe this will prevent the Court and the Parties from wasting unnecessary resources on preparing a case management order, which may need to be substantially revised.

1

For the foregoing reasons, the Parties respectfully request a continuance of the initial case management conference to November 1, 2020. Counsel for all parties have conferred and agreed to the content of this Joint Motion.

Dated: September 25, 2020

Respectfully submitted,

*/s/ Thomas H. Castelli*
Thomas H. Castelli (No. 24849)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 12160
Nashville, TN 37212
Tel: (615) 320-7142
tcastelli@aclu-tn.org

*Attorney for Plaintiffs*

Jessica Sklarsky*
Rabia Muqaddam*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Tel: (917) 637-3600
Fax: (917) 637-3666
Jsklarsky@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

*Attorneys for Memphis Center for Reproductive Health d/b/a Choices and Dr. Nikki Zite*

Susan Lambiase*
Planned Parenthood Federation of America
123 William St., 9th Floor
New York, NY 10038
Tel: (212) 261-4749
Fax: (212) 247-6811
susan.lambiase@ppfa.org

*Attorney for Planned Parenthood of Tennessee and North Mississippi and Dr. Kimberly Looney*

Andrew Beck*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2633
abeck@aclu.org
adalal@aclu.org

*Attorneys for Knoxville Center for Reproductive Health and Femhealth USA, Inc., d/b/a carafem*

*Admitted *pro hac vice.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020 a true and correct copy of the foregoing Joint Motion was served on the Tennessee Attorney General's Office, counsel for all Defendants, via the Court's ECF/CM system.

Alexander S. Rieger
Charlotte Davis
Edwin A. Groves, Jr.
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Alex.rieger@ag.tn.gov
Charlotte.davis@ag.tn.gov
alan.groves@ag.tn.gov

*/s/ Thomas H. Castelli*
Thomas H. Castelli