# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 15, 2021

Ms. Rabia Muqaddam
Center for Reproductive Rights
199 Water Street
22nd Floor
New York, NY 10038

Re: Case No. 20-5969, *Memphis Ctr for Repro Health, et al v. Herbert Slatery, III, et al*
Originating Case No.: 3:20-cv-00501

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Ms. Brigitte Amiri
Mr. Carles Gambraie Anderson
Mr. Andrew Beck
Mr. Christopher P. Burke
Mr. John J. Bursch
Ms. Sarah Campbell
Ms. Alexis Rose Casamassima
Ms. Melissa Claire Cassel
Mr. Thomas Hauser Castelli
Ms. Kelly M. Dermody
Mr. David E. Fowler
Mr. Jon M. Greenbaum
Ms. Lynda M. Hill

Mr. Mathew Hoffmann
Ms. Sarah A. Hunger
Ms. Kaitland Kennelly
Ms. Allison Kutner
Ms. Susan Lambiase
Ms. Zhao Liu
Ms. Janice Mac Avoy
Mr. Zachary Martin
Mr. Stephen Chad Meredith
Ms. Caroline Pignatelli
Ms. Jen Samantha D. Rasay
Mr. Stuart Sarnoff
Ms. Nigar Shaikh
Ms. Darina Shtrakhman
Ms. Jessica Sklarsky
Ms. Priscilla J. Smith
Ms. Ashlesha Srivastava
Mr. Marc Suskin
Ms. Rachel Thorn
Mr. Edward Lawrence White
Mr. Geoffrey M. Wyatt
Mr. Tiseme G. Zegeye

Enclosure

Case No. 20-5969

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**ORDER**

MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients, dba Choices; PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, on behalf of itself, its physicians and staff, and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; FEMHEALTH USA, INC., on behalf of itself, its physicians and staff, and its patients, dba Carafem; DR. KIMBERLY LOONEY, on behalf of herself and her patients; DR. NIKKI ZITE, on behalf of herself and her patients

        Plaintiffs - Appellees

v.

HERBERT H. SLATERY, III, Attorney General of Tennessee, in his official capacity; LISA PIERCEY, M.D., Commissioner of the Tennessee Department of Health, in her official capacity; RENE SAUNDERS, M.D., Chair of the Board for Licensing Health Care Facilities, in her official capacity; W. REEVES JOHNSON, JR., M.D., President of the Tennessee Board of Medical Examiners, in his official capacity; HONORABLE AMY P. WEIRICH, District Attorney General of Shelby County, Tennessee, in her official capacity; GLENN R. FUNK, District Attorney General of Davidson County, Tennessee, in his official capacity; CHARME P. ALLEN, District Attorney General of Knox County, Tennessee, in her official capacity; TOM P. THOMPSON, JR., District Attorney General for Wilson County, Tennessee, in his official capacity

        Defendants - Appellants

Upon consideration of appellees motion for oral argument by videoconference or teleconference,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The Clerks Office will send details for video oral argument via Zoom.

        **ENTERED BY ORDER OF THE COURT**

        Deborah S. Hunt, Clerk

Issued: March 15, 2021