IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPUBLIC HEALTH, et al.,<br>    Plaintiffs,<br><br>v.<br><br>HERBERT SLATTERY, III, et al.<br>    Defendant. | Civil Action No. 3:20-cv-501<br>Judge Campbell/Frensley<br>Jury Demand |

## ORDER

The Parties shall file a Joint Status Report by May 13, 2021 to advise the Court of the status of this matter and their position regarding entry of a Case Management Order.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**