IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al.,<br>    Plaintiffs,<br><br>v.<br><br>HERBERT SLATTERY, III, et al.<br>    Defendant. | Civil Action No. 3:20-cv-501<br>Judge Campbell/Frensley<br>Jury Demand |

### ORDER

The Parties have filed a Joint Status Report regarding the initial case management conference. Docket No. 88. A Petition For Rehearing *En Banc,* is currently pending before the Sixth Circuit in this matter. The Parties believe that continuing the case management conference is appropriate in light of the posture of this case on appeal. *Id.*

Within 14 days of the issuance of an opinion by the Sixth Circuit Court of Appeals on the Petition for Rehearing, the Parties shall file a status report addressing the propriety of moving forward with the scheduling order in this matter.

IT IS SO ORDERED.

                                              **JEFFERY S. FRENSLEY**
                                              **United States Magistrate Judge**