Case No. 20-5969

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients, dba Choices; PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, on behalf of itself, its physicians and staff, and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; FEMHEALTH USA, INC., on behalf of itself, its physicians and staff, and its patients, dba Carafem; DR. KIMBERLY LOONEY, on behalf of herself and her patients; DR. NIKKI ZITE, on behalf of herself and her patients,

    Plaintiffs – Appellees,

v.

HERBERT H. SLATERY, III, Attorney General of Tennessee, in his official capacity; LISA PIERCEY, M.D., Commissioner of the Tennessee Department of Health, in her official capacity; RENE SAUNDERS, M.D., Chair of the Board for Licensing Health Care Facilities, in her official capacity; HONORABLE AMY P. WEIRICH, District Attorney General of Shelby County, Tennessee, in her official capacity; GLENN R. FUNK, District Attorney General of Davidson County, Tennessee, in his official capacity; CHARME P. ALLEN, District Attorney General of Knox County, Tennessee, in her official capacity; MELANIE BLAKE, M.D., President of the Tennessee Board of Medical Examiners, in her official capacity; JASON LAWSON, District Attorney General for Wilson County, Tennessee, in his official capacity,

    Defendants – Appellants.

Upon consideration of appellants' motion to substitute parties Melanie Blake, M.D. for W. Reeves Johnson, Jr., M.D. and Jason Lawson for Tom P. Thompson, Jr.,

It is ORDERED that motion is GRANTED. The official court caption is listed above.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 08, 2021

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 08, 2021

Ms. Sarah Campbell
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

          Re:  Case No. 20-5969, *Memphis Ctr for Repro Health, et al v. Herbert Slatery, III, et al*
               Originating Case No.: 3:20-cv-00501

Dear Ms. Campbell,

  The Court issued the enclosed Order today in this case.

                                         Sincerely yours,

                                         s/Beverly L. Harris
                                         En Banc Coordinator
                                         Direct Dial No. 513-564-7077

cc:  Ms. Brigitte Amiri
     Ms. Carles Gambraie Anderson
     Mr. Andrew Beck
     Mr. Christopher P. Burke
     Mr. John J. Bursch
     Ms. Alexis Rose Casamassima
     Ms. Melissa Claire Cassel
     Mr. Thomas Hauser Castelli
     Ms. Kelly M. Dermody
     Mr. Benjamin Michael Flowers
     Mr. David E. Fowler
     Mr. Jon M. Greenbaum
     Ms. Lynda M. Hill

Mr. Mathew Hoffmann
Ms. Sarah A. Hunger
Ms. Kaitland Kennelly
Ms. Allison Kutner
Ms. Susan Lambiase
Ms. Zhao Liu
Ms. Janice Mac Avoy
Mr. Zachary Martin
Mr. Stephen Chad Meredith
Ms. Rabia Muqaddam
Ms. Caroline Pignatelli
Ms. Jen Samantha D. Rasay
Mr. Stuart Sarnoff
Ms. Nigar Shaikh
Ms. Darina Shtrakhman
Ms. Jessica Sklarsky
Ms. Priscilla J. Smith
Ms. Ashlesha Srivastava
Mr. Marc Suskin
Ms. Rachel Thorn
Mr. Edward Lawrence White
Mr. Geoffrey M. Wyatt
Ms. Tiseme G. Zegeye

Enclosure