Case No. 20-5969

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients, dba Choices; PLANNED PARENTHOOD OF TENNESSEE AND NORTH MISSISSIPPI, on behalf of itself, its physicians and staff, and its patients; KNOXVILLE CENTER FOR REPRODUCTIVE HEALTH, on behalf of itself, its physicians and staff, and its patients; FEMHEALTH USA, INC., on behalf of itself, its physicians and staff, and its patients, dba Carafem; DR. KIMBERLY LOONEY, on behalf of herself and her patients; DR. NIKKI ZITE, on behalf of herself and her patients,

        Plaintiffs – Appellees,

v.

HERBERT H. SLATERY, III, Attorney General of Tennessee, in his official capacity; MORGAN McDONALD, M.D., Commissioner of the Tennessee Department of Health, in her official capacity; RENE SAUNDERS, M.D., Chair of the Board for Licensing Health Care Facilities, in her official capacity; HONORABLE AMY P. WEIRICH, District Attorney General of Shelby County, Tennessee, in her official capacity; GLENN R. FUNK, District Attorney General of Davidson County, Tennessee, in his official capacity; CHARME P. ALLEN, District Attorney General of Knox County, Tennessee, in her official capacity; MELANIE BLAKE, M.D., President of the Tennessee Board of Medical Examiners, in her official capacity; JASON LAWSON, District Attorney General for Wilson County, Tennessee, in his official capacity,

        Defendants – Appellants.

      Upon consideration of the appellants' motion to substitute party Morgan McDonald,

M.D., in her official capacity as Commissioner for the Tennessee Department of Health,

for Lisa Piercey, M.D.,

      It is ORDERED that the motion is GRANTED. The official court caption is listed above.

                              **ENTERED PURSUANT TO RULE 45(a),
                              RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: June 15, 2022

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 15, 2022

Mr. Clark Lassiter Hildabrand
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

      Re:  Case No. 20-5969, *Memphis Ctr for Repro Health, et al v. Herbert Slatery, III, et al*
         Originating Case No.: 3:20-cv-00501

Dear Mr. Hildabrand,

 The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Beverly L. Harris
                En Banc Coordinator
                Direct Dial No. 513-564-7077

cc: Ms. Brigitte Amiri
  Ms. Carles Gambraie Anderson
  Mr. Andrew Beck
  Mr. Christopher P. Burke
  Mr. John J. Bursch
  Ms. Alexis Rose Casamassima
  Ms. Melissa Claire Cassel
  Ms. Kelly M. Dermody
  Mr. Benjamin Michael Flowers
  Mr. David E. Fowler
  Mr. Jon M. Greenbaum
  Ms. Lynda M. Hill
  Mr. Mathew Hoffmann
  Ms. Sarah A. Hunger
  Ms. Kaitland Kennelly
  Mr. Matthew Franklin Kuhn
  Ms. Allison Kutner
  Ms. Susan Lambiase
  Ms. Zhao Liu
  Ms. Janice Mac Avoy

Mr. Zachary Martin
Ms. Rabia Muqaddam
Ms. Caroline Pignatelli
Ms. Jen Samantha D. Rasay
Mr. Stuart Sarnoff
Ms. Nigar Shaikh
Ms. Darina Shtrakham
Mr. Jessica Sklarsky
Ms. Priscilla J. Smith
Ms. Ashlesha Srivastava
Mr. Marc Suskin
Ms. Rachel Thorn
Mr. Edward Lawrence White
Mr. Geoffrey M. Wyatt
Ms. Stella Marie Yarbrough
Ms. Tiseme G. Zegeye

Enclosure