NOT RECOMMENDED FOR PUBLICATION

Case No. 20-5969

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

|  |  |  |
|---|---|---|
| MEMPHIS CENTER FOR REPRODUCTIVE HEALTH, et al., | ) ) ) | **FILED**<br>Jun 28, 2022<br>DEBORAH S. HUNT, Clerk |
| Plaintiff-Appellee, | ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE |
| v. | ) ) ) |  |
| HERBERT H. SLATERY III, et al., | ) ) |  |
| Defendant-Appellant. | ) | ORDER |

Before: SUTTON, Chief Judge; DAUGHTREY, MOORE, COLE, CLAY, GIBBONS, GRIFFIN, KETHLEDGE, STRANCH, DONALD, THAPAR, BUSH, LARSEN, NALBANDIAN, READLER, MURPHY, and DAVIS, Circuit Judges.

In light of *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022), and with the parties' consent, we vacate the district court's preliminary injunction issued on July 24, 2020, *see Memphis Center for Reproductive Health v. Slatery,* No. 3:20-cv-00501, 2020 WL 4274198 (M.D. Tenn.), and remand for further proceedings.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 28, 2022

Ms. Brigitte Amiri
Ms. Carles Gambraie Anderson
Mr. Andrew Beck
Mr. Christopher P. Burke
Mr. John J. Bursch
Ms. Alexis Rose Casamassima
Ms. Melissa Claire Cassel
Ms. Kelly M. Dermody
Mr. Benjamin Michael Flowers
Mr. David E. Fowler
Mr. Jon M. Greenbaum
Mr. Clark Lassiter Hildabrand
Mr. Mathew Hoffmann
Ms. Sarah A. Hunger
Ms. Kaitland Kennelly
Mr. Matthew Franklin Kuhn
Ms. Allison Kutner
Ms. Susan Lambiase
Ms. Zhao Liu
Ms. Janice Mac Avoy
Mr. Zachary Martin
Ms. Rabia Muqaddam
Ms. Caroline Pignatelli
Ms. Jen Samantha D. Rasay
Mr. Stuart Sarnoff
Ms. Nigar Shaikh
Ms. Darina Shtrakham
Mr. Jessica Sklarsky
Ms. Priscilla J. Smith
Ms. Ashlesha Srivastava
Mr. Marc Suskin
Ms. Rachel Thorn
Mr. Edward Lawrence White,

Mr. Geoffrey M. Wyatt
Ms. Stella Marie Yarbrough
Ms. Tiseme G. Zegeye

                     Re:  Case No. 20-5969, *Memphis Ctr for Repro Health, et al v. Herbert Slatery, III, et al*
                          Originating Case No.: 3:20-cv-00501

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Beverly L. Harris
                                          En Banc Coordinator
                                          Direct Dial No. 513-564-7077

cc:  Ms. Lynda M. Hill

Enclosure