IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEMPHIS CENTER FOR ) <br> REPRODUCTIVE HEALTH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HERBERT H. SLATTERY III, et al., ) <br> ) <br> Defendants. ) | Case No. 3:20-cv-00501 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## ORDER

Following the Supreme Court decision in *Dobbs v. Jackson Women's Health*, No. 19-1392, 2022 WL 2276808 (U.S. June 24, 2022), Plaintiffs filed two motions. The first is a motion to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. No. 99). Plaintiffs indicate the Motion is opposed. Defendants shall file a response to Plaintiffs' Motion to Dismiss no later than July 11, 2022.

The second motion is a motion for an indicative ruling stating that, if this case is remanded by the United States Court of Appeals for the Sixth Circuit, this Court will vacate the July 24, 2020 Preliminary Injunction Order (Doc. No. 42). (Doc. No. 100). The day after Plaintiffs filed the motion, the Sixth Circuit vacated the Court's Preliminary Injunction Order and remanded the case to this Court for further proceedings. (*See* Doc. No. 102). Accordingly, Plaintiffs' Motion for Indicative Ruling (Doc. No. 100) is **MOOT**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE