UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 06, 2022

Ms. Brigitte Amiri
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004

Ms. Carles Gambraie Anderson
SisterReach
2811 Clarke Road
Memphis, TN 39015

Mr. Andrew Beck
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY 10004

Mr. Christopher P. Burke
O'Melveny & Myers
7 Times Square
33rd Floor
New York, NY 10036

Mr. John J. Bursch
Alliance Defending Freedom
440 First Street, N.W.
Suite 600
Washington, DC 20001

Ms. Alexis Rose Casamassima
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Ms. Melissa Claire Cassel
O'Melveny & Myers
Two Embarcadero
28th Floor
San Francisco, CA 94111

Ms. Kelly M. Dermody
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
29th Floor
San Francisco, CA 94111

Mr. Benjamin Michael Flowers
Office of the Attorney General
30 E. Broad Street, 14th Floor
Columbus, OH 43215

Mr. David E. Fowler
1113 Murfreesboro Road
Suites 106-167
Franklin, TN 37064

Mr. Jon M. Greenbaum
Lawyers' Committee for Civil Rights Under Law
District Of Columbia
900 15th Street, N.W.
Ninth Floor
Washington, DC 20005

Mr. Clark Lassiter Hildabrand
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Mr. Mathew Hoffmann
Alliance Defending Freedom
20116 Ashbrook Place, Suite 250
Ashburn, VA 20147

Ms. Sarah A. Hunger
Office of the Attorney General of Illinois
100 W. Randolph Street
12th Floor

Chicago, IL 60601
Ms. Kaitland Kennelly
Ms. Caroline Pignatelli
Ms. Allison Kutner
Cooley
55 Hudson Yards
New York, NY 10001

Mr. Matthew Franklin Kuhn
Office of the Attorney General of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Ms. Susan Lambiase
Planned Parenthood Federation of America
Public Policy Litigation & Law
123 William Street, Floor 9
New York, NY 10038

Ms. Zhao Liu
O'Melveny & Myers
1625 Eye Street, N.W.
Washington, DC 20006

Ms. Janice Mac Avoy
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Mr. Zachary Martin
Skadden, Arps, Slate, Meagher & Flom
500 Boylston Street
Boston, MA 02116

Ms. Rabia Muqaddam
Ms. Jen Samantha D. Rasay
Center for Reproductive Rights
199 Water Street
22nd Floor
New York, NY 10038

Mr. Stuart Sarnoff
O'Melveny & Myers
7 Times Square, 33rd Floor
New York, NY 10036

Ms. Nigar Shaikh
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
29th Floor
San Francisco, CA 94111

Ms. Darina Shtrakham
Cooley
3 Embarcadero Center
20th Floor
San Francisco, CA 94111

Mr. Jessica Sklarsky
Center for Reproductive Rights
199 Water Street
22nd Floor
New York, NY 10038

Ms. Priscilla J. Smith
Law Office
319 Sterling Place
Brooklyn, NY 11238

Ms. Ashlesha Srivastava
Mr. Marc Suskin
Cooley
55 Hudson Yards
New York, NY 10001

Ms. Rachel Thorn
Boies Schiller Flexner
55 Hudson Yards
20th Floor
New York, NY 10001

Mr. Edward Lawrence White
American Center for Law and Justice
3001 Plymouth Road
Suite 203
Ann Arbor, MI 48105

Mr. Geoffrey M. Wyatt
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, N.W.
Washington, DC 20005

Ms. Stella Marie Yarbrough
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212

Ms. Tiseme G. Zegeye
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
29th Floor
San Francisco, CA 94111

   Re: Case No. 20-5969, *Memphis Ctr for Repro Health, et al v. Herbert Slatery, III, et al*
     Originating Case No. : 3:20-cv-00501

Dear Counsel,

 The court today announced its decision in the above-styled case.

 Enclosed is a copy of the court's judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

          Yours very truly,

          Deborah S. Hunt, Clerk


          Cathryn Lovely
          Deputy Clerk

cc: Ms. Lynda M. Hill

Enclosures